# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HISLE aka ARTHUR GRAVES aka PINK PANTHER, | Case No. 1:18-cv-01111-DAD-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| TODD BROCKMAN and WILLA HISLE O.D., | |
| Defendants. | |

On August 17, 2018, Plaintiff John Hisle aka Arthur Graves aka Pink Panther, proceeding pro se, filed a complaint against Defendants Todd Brockman and Willa Hisle O.D., along with an application to proceed *in forma pauperis.* (Docs. 1 & 2.) The complaint purports to allege claims apparently arising from the filing of a false police report with the Monterey County Police Department and the withholding of mail sent to an address located in Monterey, California. (*See* Doc. 1 at 2–4.) Plaintiff is presently incarcerated at the Fresno County Jail located in Fresno, California. (*See id.* at 1.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b). In this case, neither of the defendants reside in this district—they reside in Monterey, California, which is within the Northern District of California. *See* 28 U.S.C. § 1391(b)(1). In addition, although Plaintiff was arrested and is imprisoned within the Eastern District of California, it appears a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Monterey County, within the Northern District of California. *See* 28 U.S.C. § 1391(b)(2). Therefore, Plaintiff's lawsuit should have been filed in the United States District Court for the Northern District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974). Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **August 21, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE